

1  Eddie R. Jimenez (SBN 231239)
   ejimenez@aldridgepite.com
2  Jonathan C. Cahill (SBN 269170)
   jcahill@aldridgepite.com
3  **ALDRIDGE PITE, LLP**
   4375 Jutland Drive, Suite 200
4  P.O. Box 17933
   San Diego, CA 92177-0933
5  Telephone: (858) 750-7600
   Facsimile: (619) 590-1385

The following constitutes
the order of the court. Signed November 21, 2017

Roger L. Efremsky
U.S. Bankruptcy Judge

Attorneys for *Movant* U.S. Bank National Association, as trustee of the NRZ Pass-Through Trust V

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>ARNEL ARUTA AGAPITO AND JOSEPHINE NACELLI AGAPITO,<br><br>Debtors. | Case No. 12-42052-RLE<br><br>Chapter 13<br><br>**ORDER ON U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF THE NRZ PASS-THROUGH TRUST V'S *EX PARTE* MOTION TO REOPEN BANKRUPTCY CASE FOR THE SOLE PURPOSE OF FILING A TRANSFER OF CLAIM, CONTESTED RESPONSE TO NOTICE OF FINAL CURE PAYMENT, AND APPLICATION FOR UNCLAIMED DIVIDEND** |

The Court having considered U.S. Bank National Association, as trustee of the NRZ Pass-Through Trust V's ("U.S. Bank"), *Ex Parte* Motion to Reopen Bankruptcy Case for the Sole Purpose of Filing A Motion for In Rem Relief from the Automatic Stay and good cause showing, it is **ORDERED**:

1. Debtors' bankruptcy case shall be reopened for the limited purpose of allowing U.S. Bank to file a Transfer of Claim, Contested Response to Notice of Final Cure Payment, and Application for Unclaimed Dividend.

/./././

/./././

- 1 -    CASE NO. 12-42052-RLE
ORDER ON *EX PARTE* MOTION TO REOPEN

2. If no matters are pending within thirty (30) days of the date of entry of this order, the case shall be re-closed without further notice or hearing.

##END OF ORDER##

**COURT SERVICE LIST**